UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>GREGORY ET AL.,<br>　　　　Defendants. | No. 2:12-cr-00364-GEB<br><br>**ORDER** |

　　　　Theresa Campbell's request for early termination of supervised release (ECF No. 159), filed on March 7, 2016, is unaccompanied by the Probation Department's concurrence in the request and is therefore DENIED.

Dated:  March 8, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1